FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BARCO,                    ) | Case No. CV 07-7163-AG (RNB) |
|                                    ) | |
|             Petitioner,            ) | ORDER ADOPTING FINDINGS, |
|                                    ) | CONCLUSIONS AND |
|       vs.                          ) | RECOMMENDATIONS OF UNITED |
|                                    ) | STATES MAGISTRATE JUDGE |
| JAMES E. TILTON, Warden,          ) | |
|                                    ) | |
|             Respondent.            ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting a conditional writ of habeas corpus as follows:

//

//

//

Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of his conviction in Los Angeles County Superior Court Case No. KA069089.

DATED: JAN 31, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE